IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-cv-20640-JEM

MELISSA COMPERE

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a
NUSR-ET STEAKHOUSE

    Defendant._____/

## MEDIATOR'S REPORT

Dana M. Gallup, Esq., the undersigned certified Mediator, reports to this Honorable Court that the Mediation in the referenced case was held on **May 20, 2021**, at **10:00 a.m.** The results of the mediation conference are as follows:

__X__      All required parties were present *or*

_____      The following required parties were not present _____.

_____      An Agreement was reached (the Agreement is attached with consent of the parties.)

__X__      A **confidential** settlement agreement was reached.

_____      No agreement was reached (IMPASSE).

_____      The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

_____      The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an IMPASSE has occurred.

Respectfully Submitted,

**DANA M. GALLUP, ESQ.**
4000 Hollywood Boulevard
Presidential Circle - Suite 265 South
Hollywood, Florida 33021
Telephone: (954) 894-3035
E-Mail: dgallup@gallup-law.com

By: /s/ Dana M. Gallup
DANA M. GALLUP
Florida Bar No. 0949329
ME No.: 15976 CR

Copies Furnished to:
Counsel of Record