UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-20640-CIV-MARTINEZ-OTAZO-REYES

MELISSA COMPERE,
    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a
NUSR-ET STEAKHOUSE,
    Defendant.
_____/

## ORDER ON MEDIATOR'S REPORT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediator's Report, [ECF No. 58], indicating that the parties have reached a settlement in this matter. It is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**.

2.    If the parties fail to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record