UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 20-20640-CIV-MARTINEZ-OTAZO-REYES**

MELISSA COMPERE,
     Plaintiff,

vs.

NUSRET MIAMI LLC,
     Defendant.

_____/

## <u>FINAL ORDER OF DISMISSAL WITH PREJUDICE</u>

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, [ECF No. 60].  It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. All parties shall bear their own attorneys' fees and costs in accordance with the parties' settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record